IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| SHANE FLAUM, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>SP PLUS CORPORATION, a Delaware Corporation, and USA PARKING SYSTEM, INC., a Tennessee Corporation,<br><br>    Defendants. | Case No. 14-CV-62333<br><br>Hon. Ursula Ungaro |

## DEFENDANTS SP PLUS CORPORATION AND USA PARKING SYSTEM, INC.'S RULE 68 OFFER OF JUDGMENT

Defendants SP Plus Corporation and USA Parking System, Inc. (collectively, "Defendants"), pursuant to Rule 68 of the Federal Rules of Civil Procedure, make this Offer of Judgment to Plaintiff Shane Flaum individually ("Plaintiff"):

1. This Offer of Judgment seeks to resolve all claims in this lawsuit made by Plaintiff against Defendants. This Offer of Judgment is made purely in the interest of compromising and settling disputed matters between Plaintiff and Defendants.

2. This Offer of Judgment shall be construed as including all claims by Plaintiff for damages against Defendants.

3. Defendants propose to resolve all of Plaintiff's claims against Defendants for: (a) Defendants' commitment not to print more than the last five digits of credit or debit card numbers on any receipt in the future; and (b) payment in the amount of Thirty-Five Thousand and 00/100 Dollars ($35,000.00), apportioned as follows: (i) One Thousand and One and 00/100

Dollars ($1,001.00) as a statutory damages award to Plaintiff; and (ii) Thirty-Three Thousand Nine Hundred Ninety Nine and 00/100 Dollars ($33,999.00) to satisfy: (1) any other damages to which Plaintiff may be entitled, including but not limited to punitive damages; and (2) Plaintiff's reasonable attorneys' fees and costs incurred as of the date of service of this Offer.

4. This Offer of Judgment is being served upon Plaintiff's counsel but will not be filed unless it is accepted by Plaintiff or such a filing is necessary to enforce the provisions of Rule 68 of the Federal Rules of Civil Procedure.

5. This Offer of Judgment may be accepted by filing a written acceptance in the manner and pursuant to the time expressed in Rule 68(a) of the Federal Rules of Civil Procedure.

6. Nothing in this Offer of Judgment shall constitute or be construed as an admission of liability by Defendants with regard to any matter at issue in this action or otherwise in dispute between the parties.

Dated: June 22, 2015

SP PLUS CORPORATION and USA PARKING SYSTEM, INC.

By: _____
One of Their Attorneys

DYKEMA GOSSETT PLLC
Steven H. Gistenson, Esq.
sgistenson@dykema.com
  (admitted *pro hac vice*)
Stephen M. Mahieu, Esq.
smahieu@dykema.com
  (admitted *pro hac vice*)
10 S. Wacker Dr., Ste. 2300
Chicago, IL 60606
Tel.: (312) 876-1700
Fax: (312) 876-1155

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2015 I caused a copy of the foregoing **DEFENDANTS SP PLUS CORPORATION AND USA PARKING SYSTEM, INC.'S RULE 68 OFFER OF JUDGMENT** to be served on the following counsel of record via email:

**Counsel for Plaintiff:**

Scott D. Owens, Esq.
*scott@scottdowens.com*
SCOTT D. OWENS, P.A.
3800 S. Ocean Drive, Ste. 235
Hollywood, FL 33019
Tel.: (954) 589-0588
Fax: (954) 337-0666

Bret L. Lusskin, Jr., Esq.
*blusskin@lusskinlaw.com*
BRET LUSSKIN, P.A.
20803 Biscayne Blvd., Ste. 302
Aventura, FL 33180
Tel.: (954) 454-5841
Fax: (954) 454-5844

**Counsel for Amano McGann:**

David V. King, Esq.
*dking@kingchaves.com*
King & Chaves, LLC
444 W. Railroad Ave.
West Palm Beach, FL 33401
Tel.: (561) 835-6775
Fax: (561) 835-6774

David S. Almeida, Esq.
*dalmeida@sheppardmullin.com*
Mark S. Eisen, Esq.
*meisen@sheppardmullin.com*
Sheppard Mullin Richter & Hampton LLP
70 W. Madison St., 48th Fl.
Chicago, IL 60602
Tel.: (312) 499-6300
Fax: (312) 499-6301

_/s/ [signature]_