UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:14-cv-62333-UU

SHANE FLAUM,

      Plaintiff,

v.

SP PLUS CORPORATION, *et al.*,

      Defendants.

_____

SP PLUS CORPORATION, *et al.*,

      Third-Party Plaintiffs,

v.

AMANO MCGANN, INC.,

      Third-Party Defendant.

_____

**FINAL JUDGMENT AS TO DEFENDANTS SP PLUS CORPORATION AND
USA PARKING SYSTEM, INC.**

THIS CAUSE came before the Court upon Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment, filed on July 2, 2015.  (D.E. 82.)

THE COURT has reviewed the Notice and the pertinent portions of the record and is otherwise fully advised in the premises.  Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants offered Plaintiff the sum of $1,001.00 in full satisfaction of Plaintiff's claims against Defendants, plus $33,999.00 to satisfy any other damages to which Plaintiff may be entitled and Plaintiff's reasonable attorneys' fees and costs.  Plaintiff accepted the offer.  It is hereby

ORDERED AND ADJUDGED that FINAL JUDGMENT is entered in favor of Plaintiff and

against Defendants SP Plus Corporation and USA Parking System, Inc.  Defendants shall pay to Plaintiff

$35,000 in full satisfaction of Plaintiff's claims against Defendants.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of July, 2015.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record